

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

November 16, 1951

Hon. Stewart Hellman
Criminal District Attorney
Tarrant County
Fort Worth, Texas

Opinion No. V-1343

Re: Authority of the County
Treasurer to establish
a petty cash fund for
the purpose of cashing
jury warrants.

Dear Sir:

Your request for our opinion is substantially as follows:

> May the County Treasurer of Tarrant County establish and maintain a petty cash fund for the purpose of cashing jury warrants that have been issued by the District Clerk and countersigned by the Treasurer?

> Article 2554, V.C.S., provides in part:

> "It shall be the duty of the county treasurer upon the presentation to him of any warrant, check, voucher, or order drawn by the proper authority, if there be funds sufficient for the payment thereof on deposit in the account against which such warrant is drawn, to endorse upon the face of such instrument his order to pay the same to the payee named therein and to charge the same on his books to the fund upon which it is drawn." (Emphasis added).

The county treasurer is not authorized to draw a check upon the county depository and take up a warrant drawn by the proper authority. It is the duty of the county treasurer to endorse the warrant as prescribed by Article 2554 and deliver it to the payee, and the payee should present the warrant to the depository for payment. Att'y Gen. Op. O-4462 (1942). Further, there is no express or implied authority for

the county treasurer to withdraw moneys from the jury fund in the county depository.

The only method of paying jury warrents being that prescribed in Article 2554, we agree with you that the county treasurer cannot establish a petty cash fund for the purpose of cashing jury warrents.

## SUMMARY

The county treasurer of Tarrant County is not authorized to establish a petty cash fund for the purpose of cashing jury warrents.

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Jesse P. Luton, Jr.
Reviewing Assistant

Charles D. Mathews
First Assistant

RHH:wah

Yours very truly,

PRICE DANIEL
Attorney General

By Robert H. Hughes
Robert H. Hughes
Assistant